**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION,**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **CASE NO. 3:18cr54-MCR**

**KATADREW JAMON SMITH,**

    **Defendant.**
_____/

## **VERDICT**

A nonjury trial was held in this case on August 30, 2018. It was stipulated that the Defendant is a convicted felon who has not had his rights restored. Based on the evidence and for the reasons and findings announced on the record in open court, the Court finds beyond a reasonable doubt that Defendant Katadrew Jamon Smith knowingly possessed a firearm and ammunition in or affecting interstate commerce on March 5, 2018, as charged, and therefore is **GUILTY**.

**DONE AND ORDERED** this 30th day of August 2018.

                        *M. Casey Rodgers*
                       **M. CASEY RODGERS
                       UNITED STATES DISTRICT JUDGE**