IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case Nos.:  3:18cr54/MCR/MAL
                                                                  3:21cv593/MCR/MAL

KATADREW JAMON SMITH,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 16, 2023.  ECF No. 84.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1]  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 84, is adopted and incorporated by reference in this order.

---

[1] Plaintiff was granted two 90-day extensions of time, ECF Nos. 86 and 90.

2. Defendant's *pro se* amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 78, is **DENIED;** and

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 7th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:18cr54/MCR/MAL; 3:21cv593/MCR/MAL